| | AUSA: | Caitlin Casey | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: | Christopher Frederick | Telephone: | (313) 234-4000 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

   v.

Janero Van DeMario Garrett

Case No. 2:25−mj−30416
Assigned To : Unassigned
Assign. Date : 6/27/2025
Description: SEALED MATTER (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 31, 2024 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Frederick, Task Force Officer (DEA)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ June 27, 2025 __

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

Save    Print

**Affidavit**

I, Christopher Frederick, being duly sworn, depose and state the following:

**Introduction**

1.      I am a Task Force Officer with the Drug Enforcement Administration (DEA) and a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a criminal complaint. I have worked for the DEA since July 2022 and have been a sworn law enforcement Officer since 2013 who has participated in numerous investigations related to illegal drug trafficking and, among other things, conducted or participated in surveillances, executed residential search warrants, debriefed informants, and reviewed of recorded conversations of drug traffickers.

2.      I am aware of the following information from several sources, including but not limited to, my own personal observations and participation in this investigation and my review and analysis or oral and written reports.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including the writing and review of reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through

1

my training and experience.   The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the details or facts related to this investigation.

### Probable Cause

### *Investigative Background*

4.      There is probable cause that on October 31, 2024, Janero Van DeMario GARRETT possessed controlled substances (cocaine) with intent to distribute, in violation of Title 21, United States Code, Section 841 (a)(1).

5.      DEA Detroit Strike Group Force Group 5 SONIC has been investigating GARRETT's involvement in large-scale drug trafficking and money laundering activity since 2023. GARRETT was previously investigated by DEA Detroit and the ATF.  GARRETT is a convicted felon and currently, is a state fugitive in a felon in possession of a firearm case pending in the Third Circuit Court, Wayne County, State of Michigan.[1]

6.      During the DEA Detroit investigation, agents identified a residence used by GARRETT to facilitate drug trafficking activity, specifically located at 20304 Boardwalk Boulevard, Southfield, Michigan.

---

[1] In or around January 2024, GARRETT was identified as the primary suspect during a homicide investigation conducted by the Canton Police Department.  GARRETT was arrested in February 2024 related to the homicide investigation and ultimately charged with a state weapons offense. He has not appeared on this matter since November 25, 2024, and there is an active arrest warrant for him in Wayne County.

2

*Surveillance of GARRETT at 20304 Boardwalk Blvd., Southfield*

7.   On October 31, 2024, investigators established surveillance of 20304 Boardwalk Boulevard, Southfield, Michigan and observed a gray Dodge Durango bearing a Florida license plate parked near the residence. This was a known vehicle rented by GARRETT.

8.   During the surveillance operation, investigators observed GARRETT exit from the 20304 Boardwalk Boulevard residence and depart in the gray Dodge Durango rental vehicle and travel to a nearby business complex. Investigators then observed GARRETT return to the residence and enter inside of the residence through the front door.

9.   Later the same day, investigators observed GARRETT exit from the residence carrying a large, weighted orange/red roller style bag, load the bag into rental vehicle and depart.

10.   DEA Detroit continued mobile surveillance of the gray Dodge Durango rental vehicle driven by GARRETT.  DEA Detroit requested the assistance of a marked DPD police vehicle for purposes of conducting an investigative traffic stop of GARRETT while driving the rental vehicle.  A DPD marked police vehicle was able to locate GARRETT's rental vehicle and attempted to conduct a vehicle traffic stop of the vehicle in Detroit, Michigan. But when the DPD police vehicle activating its

3

emergency lights, GARRETT's rental vehicle fled from the area at a high-rate of speed.

11.    A short time later, investigators were able to locate GARRETT's rental vehicle parked behind a residence located near the intersection of Wilshire Drive and Gunston Avenue, Detroit, Michigan. The vehicle was unoccupied.  Investigators believe GARRETT fled from the scene on foot.

12.    Investigators conducted a search of the backyard where the rental vehicle was abandoned and were able to recover the weighted orange/red roller style bag in trash receptacle in the backyard (Figure 1).



*Figure 1 – Roller bag recovered from trash receptacle containing approximately 10 kilograms of cocaine where GARRETT abandoned his rental vehicle.*

4

13.     Investigators also located ten (10) rectangular brick shaped objects (approximately 10.04 net kilograms) inside of the orange/red roller bag (Figure 2). I know based on my training and experience that kilogram quantities of illicit drugs, such as cocaine, are often packaged and wrapped in brick-shaped objects, such as the 10 objects recovered from inside of the large orange/red roller style bag. Investigators conducted a presumptive drug field test of one of the brick shaped objects which tested positive for the presence of cocaine. Subsequent laboratory analysis also confirmed that substance was positive for cocaine.



*Figure 2 - Kilograms of cocaine located inside of roller bag transported by GARRETT.*

14.     Investigators later reviewed and obtained residential security video from the location where the rental vehicle was abandoned. A review of the security video confirmed that GARRETT and a female passenger fled from the area after

abandoning the rental vehicle behind of the Detroit residence. Security footage failed to capture/record the roller style bag being placed in the trash receptacle.

15.    Following the attempted traffic stop of GARRETT and the recovery of the orange/red roller style bag containing cocaine, DEA Detroit investigators obtained a State of Michigan residential search warrant for 20304 Boardwalk Boulevard, Southfield, Michigan.

16.    Investigators executed the residential search warrant on the same day.  The residence was unoccupied.  A search of the residence resulted in the seizure of seizure of three (3) additional rectangular brick shaped objects (approximately 3,016.3 net grams) of cocaine (Figures 3 & 4).

 

*Figure 3 & 4 –Three kilograms of cocaine seized from GARRETT's residence.*

17.    Investigators also seized $606,913.00 in cash.  Based on my training and experience, I recognized the bulk cash to be packaged in a manner consistent with drug proceeds (tightly bundled with rubber bands) (Figure 5).



*Figure 5 – Portion of bulk cash seized from GARETT's residence.*

18.     On November 1, 2024, investigators returned to the area where GARRETT abandoned his rental vehicle and conducted a secondary search. Law enforcement tracked cell phone location data for a device GARRETT had been using and located his cellular phone approximately 0.9 miles away from the abandoned rental vehicle. Investigators recovered the cellular phone between two unoccupied, abandoned and dilapidated residences. The cellular phone was located on top of bricks and underneath a sheet of wood. Also located with the cellular phone were two (2) additional cellular phones (three (3) cellular phones total) (Figure 6).

19.     Based on the recovery of the three (3) cellular phones approximately 0.9 miles away from where GARRETT abandoned his rental vehicle, I believe GARRETT attempted to hide and/or discard his cellular phones because the phones likely contained evidence of GARRETT's illicit drug trafficking activities and could

potentially allow law enforcement to track GARRETT's location upon fleeing and evading law enforcement.



*Figure 6 – Three cellular phones recovered from abandoned residences outlined in red square.*

20. Based on the evidence recovered from the attempted traffic stop and residential search warrant at GARRETT'S residence in Southfield, Michigan , I have reason to believe that GARRETT possessed multiple kilograms of cocaine with intent to distribute it, in violation of Title 21, United States Code, Section 841 (a)(1).

### **Criminal History**

22. GARRETT is a convicted felon; whose prior felony convictions include:

- 2001 – State Felony Weapons - Carrying Concealed; (2 years' probation 3rd Circuit Court)

- 2004 - State Felony Weapons - Carrying Concealed; (12 months' Macomb County Jail)

- 2007 - State Felony Weapons – Felon in Possession; (2 years' confinement)

- 2013 – Federal Possession of Controlled Substance & Possession of a Firearm in Furtherance of Drug Trafficking Crime (36 months confinement Bureau of Prisons)

- 2018 – Federal Felon in Possession of a Firearm (50 months' confinement Bureau of Prisons)

- 2024 (ARREST ONLY) – Weapons (pending judicial and state fugitive)

## Conclusion

23.     Based on the facts established throughout this affidavit, probable cause exits to believe that Janero Van DeMario GARRETT did knowingly and intentionally possess with intent to distribute controlled substances (cocaine), in violation of Title 21, United States Code, Section 841 (a)(1). I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

_____

Christopher Frederick, Task Force Officer

Drug Enforcement Administration

Sworn to in my presence and/or by reliable electronic means

_____

Hon. Anthony P. Patti

United States Magistrate Judge

June 27, 2025

9